United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 26, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————

No. 05-10017
Summary Calendar

———————

WILLIE CHESTER,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

———————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CV-1063-M

———————

Before GARWOOD, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Willie Chester, federal prisoner No. 56341-080, appeals the
district court's denial of a 28 U.S.C. § 2241 petition challenging
Chester's 1992 Western District of Texas convictions and sentences
as a career criminal for possession of a firearm by a felon and for
making false statements in connection with the acquisition of a
firearm. The district court denied relief because it determined

———————

[*]Pursuant to 5TH CIR. R. 47.5 the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that Chester's claims sounded as an unauthorized second or successive 28 U.S.C. § 2255 motion and found that Chester had not made the showing necessary to seek 28 U.S.C. § 2241 relief by means of the savings clause of 28 U.S.C. § 2255. Because Chester does not challenge this determination by the district court, he has waived the only issue relevant to his appeal. *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993).

AFFIRMED.